The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE FIRST AMERICAN CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>eNOM, Inc., a Washington corporation; LEAD NETWORKS DOMAINS PRIVATE LIMITED; and PLUTO DOMAIN SERVICES PRIVATE LIMITED,<br><br>Defendants. | NO. 2:09-cv-00762-RAJ<br><br>**NOTICE OF APPEARANCE FOR eNOM, Inc.** |

PLEASE TAKE NOTICE THAT DEFENDANT eNOM, Inc., without waiving objections as to lack of or improper service, service of process, venue, or jurisdiction, enters an appearance in this action by and through the undersigned attorneys. Please serve all further papers, notices, and correspondence relating to this matter, except original process, on the attorneys referenced below at the address as stated.

DATED this 10th day of July, 2009.

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

By: _____
Derek A. Newman, WSBA No. 26967
Derek Linke, WSBA No. 38314
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104

Attorneys for Defendant eNOM, Inc.

NOTICE OF APPEARANCE FOR eNOM, INC. [2:09-cv-00762-RAJ] - 1

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800