Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE FIRST AMERICAN CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>eNOM, INC., et al.,<br><br>                Defendants. | No. C09-762 RAJ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

On October 8, 2009, the court issued an order allowing Plaintiff an additional 120 days to serve the foreign defendants in this matter, Lead Networks Domains Private Limited and Pluto Domain Services Private Limited. The deadline to serve the foreign defendants was Monday, February 8, 2010. There is no indication in the docket that the foreign defendants have been served and counsel for Plaintiff has not responded to an email inquiry from the court as to the status of service.

MINUTE ORDER – 1

Therefore, it is ORDERED that counsel show cause by **FEBRUARY 26, 2010** why this action should not be dismissed failure to prosecute. Absent a timely response to this Order, this action SHALL BE DISMISSED without prejudice.

DATED this 17th day of February, 2010.

BRUCE RIFKIN,
Clerk of the Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones