Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE FIRST AMERICAN CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>eNOM, INC., et al.,<br><br>               Defendants. | No. C09-762 RAJ<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On October 8, 2009, the court issued an order allowing Plaintiff an additional 120 days to serve the foreign defendants in this matter, Lead Networks Domains Private Limited and Pluto Domain Services Private Limited.  The deadline to serve the foreign defendants was Monday, February 8, 2010.  As there was no indication in the docket that the foreign defendants had been served and counsel for Plaintiff had not responded to an email inquiry from the court as to the status of service, on February 17, 2010, the court entered an order requiring counsel to show cause by February 26, 2010 why this matter should not be dismissed for failure to prosecute.

As there has been no response to the court's order to show cause, NOW, THEREFORE, this matter is DISMISSED without prejudice based on Plaintiff's failure to prosecute.

DATED this 1st day of March, 2010.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 2